UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAMONT GILLON,<br><br>                    Petitioner,<br><br>          v.<br><br>M. ATCHLEY, Warden,<br><br>                    Respondent. | Case No. 2:20-cv-04960-DOC (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1), Respondent's Answer to the Petition (Dkt. 19) and supporting records, Petitioner's Traverse (Dkt. 24), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 26, "Report"), which was filed on March 10, 2021. No party filed timely objections to the Report. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated:   April 28, 2021

_DAVID O. Carter_

DAVID O. CARTER
United States District Judge

2